IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| LISA WEATHERSBY-BELL<br>1766 Kilbourne Ave NW<br>Washington, DC 20010<br><br>    Plaintiff,<br><br>vs.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY<br>600 5th Street, N.W.<br>Washington, DC 20001<br><br>    Defendant. | )<br>)<br>) CAL no. 19-34100<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PR GEO CO MD #14

2019 OCT 22 PM 3:48

Clerk of the Circuit Court

**COMPLAINT IN TORT**
**(Motor Vehicle Collision)**

COMES NOW plaintiff, Lisa Weathersby-Bell, by and through counsel, David Errol Tompkins, Esq., and the Law Offices of Lewis & Tompkins, P.C., and sues the Defendant, Washington Metropolitan Area Transit Authority, (WMATA), for her cause of action states as follows:

1. On 1/3/2019 at approximately 8:30 AM, Plaintiff, Lisa Weathersby-Bell was involved in an automobile collision with Defendant, WMATA, on 11th St. NW in Washington, DC.

2. Defendant rear-ended the Plaintiff while she was at a traffic light.

3. Defendant driver was employed by WMATA at the time of the collision and was operating a WMATA vehicle at the time of the collision.

4. Defendant was negligent in failing to pay full time and attention, failing to operate her vehicle in order to avoid a collision, and generally failing to operate her vehicle with due

care under the circumstances.

5. As a direct and proximate result of the collision, Plaintiff was injured and incurred approximately $20,100.00 in reasonable and necessary medical expenses, property damages, loss of use of an automobile, lost wages and seeks compensation for the medical bills, lost wages, property damages, loss of use, as well as pain, suffering, emotional upset, and inconvenience.

WHEREFORE, the premises considered, Plaintiff, Lisa Weathersby-Bell brings this action and demands Judgment against Defendant WMATA in a sum in excess of $75,000.00 plus the costs of this action.

Respectfully Submitted,

Law Office of Lewis & Tompkins, P.C.

_____
David Errol Tompkins, Esq. #9706250479
4720 Montgomery Lane #330
Bethesda, MD 20814
202-296-0666
*Attorney for Plaintiff*

## CERTIFICATE OF ADMISSION TO PRACTICE LAW IN MARYLAND

I HEREBY CERTIFY that I am a member in good standing of the Maryland State Bar, and that my office address and telephone number are 4720 Montgomery Lane #330, Bethesda MD 20184 (202) 296-0666.

_____
David Errol Tompkins, Esquire